# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| DARLENE CRUIT | § |
| | § Civil Action No. 4:17-CV-483 |
| v. | § (Judge Mazzant/Judge Nowak) |
| | § |
| MTGLQ INVESTORS, LP | § |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On April 9, 2019, the Report of the Magistrate Judge (Dkt. #71) was entered containing proposed findings of fact and recommendations that Defendant MTGLQ Investors, LP's Motion for Summary Judgment (Dkt. #63) be granted. Plaintiff Darlene Cruit filed Objections on April 22, 2019 (Dkt. #73), and Defendant filed a Response to Plaintiff's Objections on May 13, 2019 (Dkt. #79).

The Court, having made a de novo review of the objections raised by Defendant (Dkt. #73), and Defendant's response thereto (Dkt. #79), is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections are without merit. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court.

It is therefore **ORDERED** that Defendant MTGLQ Investors, LP's Motion for Summary Judgment (Dkt. #63) is GRANTED. Plaintiff's claims are hereby DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**
**SIGNED this 9th day of July, 2019.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE